# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 22-3158(L), 22-3188(CON)

Caption [use short title]

Motion for: Requesting permission to file an oversized petition for rehearing

Set forth below precise, complete statement of relief sought:

As stated above

Petition for Panel Rehearing and/or En Banc Hearing

United States of America

v.

Spyros Panos

2024 APR 30 PM 2:2

MOVING PARTY: Spyros Panos          OPPOSING PARTY: United States of America

[ ] Plaintiff          [ ] Defendant

[XX] Appellant/Petitioner     [ ] Appellee/Respondent

MOVING ATTORNEY: Pro Se          OPPOSING ATTORNEY: Margery Feinzig

[name of attorney, with firm, address, phone number and e-mail]

United States Attorney's Office for
the Southern District of New York
300 Quarropas Street

Court- Judge/ Agency appealed from: DC Judge: Karas

White Plains, NY   10601

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[XX] Yes [ ] No (explain): Sent copy of motion and petition by US mail

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?        [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   [XX] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes [ ] No If yes, enter date: Petitioner was unaware that prior oral argument had taken place. He was never informed.

Signature of Moving Attorney:

_____, Pro Se   Date: 4/23/2024   Service by: [ ] CM/ECF [XX] Other [Attach proof of service]

Spyros Panos, Appellant
Reg. Number 69361-054
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
40 Foley Square
New York, NY 10007

April 23, 2024

Re: Case Number 22-3158(L), 22-3188(CON)

Dear Clerk O'Hagan Wolfe,

I received your Notice of Defective Filing on April 18, 2024.
Enclosed is the Motion Information Statement requesting permission
to file an oversized petition for rehearing and a proper
Certificate of Service.

Another copy of the Petition for Rehearing is not included since
the original was received and stamped on April 11, 2024 at 4:02 PM.

Currently, FCI Otisville does not have a working copy machine that
inmates may use. As such, additional copies of the Petition cannot
be made. Further hardship exceptions are also respectfully requested
for this Petition which is very important to my family and I.

Respectfully submitted,

Spyros Panos, Appellant

Explanation of Reason(s)

The reasons in support of Appellant's Petition for Rehearing are multiple and require oversized Petition in order to adequately review.

At the time of original oral argument on this appeal, appellate counsel never notified appellant that oral argument was scheduled and to be conducted when it took place. Appellant did not have any opportunity to review these issues with appellate counsel. These very serious issues require proper consideration which can only be achieved by oversized Petition.

Pro Se Appellant is also currently incarcerated at FCI Otisville. As such, he would require additional time to shorten this Petition since his resources are limited, as is his Law Library / typewriter time. A hardship exception is hereby requested.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States of America

**CERTIFICATE OF SERVICE\***

Docket Number: 22-3158(L), 22-3188(CON)

v.

Spyros Panos

I, Spyros Panos , hereby certify under penalty of perjury that
(print name)
on April 23, 2024 , I served a copy of Petition for Rehearing
(date)
and Motion Information Statement, both dated April 2024
(list all documents)

by (select all applicable)\*\*

___ Personal Delivery          XX United States Mail          ___ Federal Express or other
                                                                    Overnight Courier

___ Commercial Carrier          ___ E-Mail (on consent)

on the following parties:

| | United States Attorney's Office, S.D. of New York | | | |
| Margery Feinzig | 300 Quarropas Street | White Plains, | NY | 10601 |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 23, 2024                                      , Pro Se
Today's Date                                          Signature

Certificate of Service Form (Last Revised 12/2015)

Spyros Panos, Appellant
Reg. Number 69361-054
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

Re: Case Number 22-3158(L),
    22-3188(CON)

*** MOTION PAPERWORK ***



10·20

USM4LP
SDNY

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
40 Foley Square
New York, NY 10007


UNITED STATES
POSTAL SERVICE®

USPS TRACKING #



9114 9023 0722 4533 1012 21

LAB400R Aug. 2013
7690-17-000-0669